UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ROSE ADA ABIAKAM, | § | CIVIL ACTION NO. H-06-3032 |
| | § | |
| Debtor/Appellant. | § | BANKRUPTCY CASE NO. 04-42949 |

## MEMORANDUM AND ORDER

Appellant is **ORDERED** to comply with Rules 8006 and 8009 of the Federal Rules of Bankruptcy Procedure within ten calendar days. Failure to do so will result in dismissal of this appeal with prejudice.

**IT IS SO ORDERED.**

SIGNED this 12th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT