UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: ROSE ADA ABIAKAM, | § § | CIVIL ACTION NO. H-06-3032 |
| Debtor/Appellant. | § § § | BANKRUPTCY CASE NO. 04-42949 |

## MEMORANDUM AND ORDER

The Court has not received any response to its Order to Show Cause issued on June 12, 2006 (Doc. No. 3). Thus, this bankruptcy appeal is hereby **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**

SIGNED this 26th day of June, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT